# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Teresa Hayes, on behalf of herself and others similarly situated** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.  3:15-cv-313** |
| **Transamerica Premier Life Insurance Company, and Monumental Life Insurance Company** | |
| **Defendants.** | |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

COME NOW the Plaintiff Teresa Hayes ("Plaintiff") and Transamerica Premier Life Insurance Company and Monumental Life Insurance Company ("Defendant"), by their respective counsel, and jointly move this Court for entry of an Order approving the settlement reached by the Parties as a fair and reasonable settlement of a bona fide dispute arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA").  The Parties incorporate herein the arguments set forth in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, for the reasons outlined above, and for the reasons contained in the accompanying memorandum of law, and for all other reasons apparent to the Court, the Parties respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate, and dismissing the action with prejudice.

By: \_\_\_/s/_____
Philip Justus Dean (VSB No. 86335)
Craig Juraj Curwood (VSB No. 43975)
Attorneys for Plaintiff
Curwood Law Firm, PLC
530 E. Main Street, Suite 710
Richmond, VA 23219
Telephone: (804) 788-0808
Fax: (804) 767-6777
pdean@curwoodlaw.com
ccurwood@curwoodlaw.com

**and**

By:\_\_\_/s/_____
Kevin D. Holden, Esq. (VSB#30840)
Crystal Tyler, Esq. (VSB#73273)
Transamerica Premier Life Insurance Company
Jackson Lewis LLP
1021 E. Cary Street
Suite 1200
Richmond, Virginia 23219
Tel: 804.649.0404
Fax: 804.649.0403
Kevin.Holden@JacksonLewis.com
Crystal.Tyler@JacksonLewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing (NEF) to the following:

Kevin D. Holden, Esq.
Crystal Tyler, Esq.
Natalie B. Kaminsky, Esq.
1021 E. Cary Street
Suite 1200
Richmond, Virginia 23219
Kevin.holden@jacksonlewis.com
Crystal.tyler@jacksonlewis.com
Natalie.kaminsky@jacksonlewis.com
(804) 649-0404
(804) 649-0403 (fax)
Counsel for Defendant

                                                               /s/
                                          Philip Justus Dean (VSB No. 86335)
                                          Craig Juraj Curwood (VSB No. 43975)
                                          Attorneys for Plaintiffs
                                          Curwood Law Firm, PLC
                                          530 E. Main Street, Suite 710
                                          Richmond, VA 23219
                                          Telephone: (804) 788-0808
                                          Fax: (804) 767-6777
                                          pdean@curwoodlaw.com
                                          ccurwood@curwoodlaw.com