IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



TERESA HAYES, ON BEHALF OF
HERSELF AND OTHERS SIMILARLY
SITUATED

                Plaintiff,

v.                              Civil Action No. 3:15-CV-313

TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY, AND
MONUMENTAL LIFE INSURANCE
COMPANY

                Defendants.

## ORDER

Upon consideration of the Parties' Joint Motion for Approval of Settlement, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreement is APPROVED as fair and adequate.

Let the Clerk send a copy of this Order to all counsel of record

It is SO ORDERED.

                                                /s/
                                  James R. Spencer
                                  Senior U. S. District Judge

ENTERED this 2nd day of November 2015.